# Order

Michigan Supreme Court
Lansing, Michigan

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157828

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TERESA VINSON-DOPP, Personal
Representative of the Estate of HELEN M.
VINSON,
    Plaintiff-Appellant,

v

TIMOTHY LYONS,
    Defendant,
and

NOBLE FORESTRY, INC.,
    Defendant-Appellee.

SC: 157828
COA: 335283
Midland CC: 12-009014-CH

_____/

On order of the Court, the application for leave to appeal the February 27, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk

t0109d